UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CLIFTON BEAL,<br><br>  Plaintiff,<br><br>  v.<br><br>DEBORAH RYAN,<br><br>  Defendant. | Case No. 15-cv-05378-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a petition for writ of habeas corpus after he exhausts state court remedies.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 12, 2016

_____
SUSAN ILLSTON
United States District Judge